**STATE of Missouri, Respondent,**

v.

**Timothy CARITHERS, Appellant.**

**No. WD 48910.**

Missouri Court of Appeals,
Western District.

March 14, 1995.

Laura E. O'Sullivan, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and SMART, JJ.

### *ORDER*

PER CURIAM:

Appeal from convictions of two counts of forcible sodomy, § 566.060, RSMo Supp.1992, one count of forcible rape, § 566.030, RSMo Supp.1992, and one count of robbery in the second degree, § 569.030, RSMo 1986.

Affirmed. Rule 30.25(b).